UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TODD SIMS
    Plaintiff,

V.                                      CIVIL ACTION NO
                                            1:14cv-3811-WMN

AMERASSIST A/R SOLUTIONS, INC.

Defendant.                              JUNE 4, 2015

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                        THE PLAINTIFF

                                                        BY/S/Bernard T. Kennedy
                                                        Bernard T. Kennedy, Esquire
                                                        The Kennedy Law Firm
                                                       P.O. Box 673
                                                       Blairsville, GA 30514
                                                       Ph  (443) 607-8901
                                                        Fax (443) 440-6372
                                                       Fed. Bar # Md26843
                                                      bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 6/4/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy